# "UNDER SEAL"

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET NO. 3:10CR101-RJC |
| | ) | |
| v. | ) | MOTION TO SEAL |
| | ) | INDICTMENT |
| MAURICE GOULET | ) | |
| | ) | |

NOW COMES the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, who moves this Court for an Order directing that the Bill of Indictment and Warrant, this Motion and any order issued pursuant to this be sealed immediately, and that same remain sealed until further order of this Court.

This the 18th day of May, 2010.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

*[signature]*

MARK ODULIO
ASSISTANT UNITED STATES ATTORNEY