Revised AO 45 (WDNC-03/07)

# NEW CRIMINAL CASE COVER SHEET  U. S. DISTRICT COURT
*(To be used for **all** new Bills of Indictments and Bills of Information)*

**CASE SEALED:** (X) Yes ( ) No  **DOCKET NUMBER:** 3:10CR101-RJC
*(If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** : US vs. MAURICE GOULET

**COUNTY OF OFFENSE** : MECKLENBURG COUNTY

**RELATED CASE INFORMATION** :

    *Magistrate Judge Case Number* : _____

    *Search Warrant Case Number* : _____

    *Miscellaneous Case Number* : 2007R00606

    *Rule 20b* : _____

**SERVICE OF PROCESS -** _____Warrant_____

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ☐ Petty  ☐ Misdemeanor  X Felony

Title 26 U.S.C. Section 7212(a)

**JUVENILE** : ☐ Yes  X No

**ASSISTANT U. S. ATTORNEY** : MARK ODULIO

**VICTIM / WITNESS COORDINATORS** : shirley.rutledge@usdoj.gov /ulricia.kennedy@usdoj.gov

**INTERPRETER NEEDED** : _____

**LIST LANGUAGE AND/OR DIALECT:** _____

**REMARKS AND SPECIAL INSTRUCTIONS:**