# "UNDER SEAL"

## UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

**U.S. MARSHAL SERVICE**

**MAY 2 1 2010**

**WESTERN NORTH CAROLINA**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:10 CR 101 - RJC |
| | ) | |
| MAURICE GOULET | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MAURICE GOULET                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

TAX EVASION

Date:  5/18/10                                          *M. B. Anderton*
                                                        *Issuing officer's signature*

City and state:  Charlotte, North Carolina              **FRANK G. JOHNS**
                                                        *Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* 05/25/2010 | | |
| at *(city and state)*  Hailey, ID | | |
| Date:  05/25/2010 | *Arresting officer's signature* | |
| | IRS Agents | |
| | *Printed name and title* | |

FILED
CHARLOTTE, NC

JUL 3 0 2010

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC