## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of SIX (6) MONTHS.

X    The Court makes the following recommendations to the Bureau of Prisons:

- Participation in Inmate Financial Responsibility Program.
- Designation as close as possible to Hailey, Idaho consistent with the needs of BOP.

___    The Defendant is remanded to the custody of the United States Marshal.

___    The Defendant shall surrender to the United States Marshal for this District:

      ___    As notified by the United States Marshal.

      ___    At___ a.m. / p.m. on ___.

X    The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      X    as notified by the United States Marshal.

      ___    Before 2 p.m. on ___.

      ___    As notified by the Probation Office.

**FILED
CHARLOTTE, NC
NOV 08 2011
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC**

### RETURN

I have executed this Judgment as follows:

Defendant delivered on 11/1/11 to FPC Englewood at Littleton, CO 80123, with a certified copy of this Judgment.

RENE G. Garcia, WARDEN
~~United States Marshal~~

By: _____
~~Deputy Marshal~~